## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                                   Case No.: 1:23−cr−00236

                                                                                     Honorable John J. Tharp Jr.

German Albor−Ortega, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 20, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr. as to Gerardo Perez: In−person status hearing held and continued to 9:15 a.m. on 2/16/24. Mr. Perez is required to appear in courtroom 2303. Without objection, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) through the next status hearing to facilitate discussions between the parties and for further investigation being conducted by the parties. The Court finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.